UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION
OF TRACEY AMON,

                Applicant.

**ORDER**

22-cv-10250 (ER)

RAMOS, D.J.:

       Tracey Amon brought this ex parte application for an order to obtain discovery for use in a foreign tribunal on December 2, 2022.  Doc. 1.  On August 13, 2025, counsel for Tracey Amon informed the Court via email that the action was no longer active. Accordingly, the Clerk of Court is respectfully directed to close the case.

       It is SO ORDERED.

Dated:    August 15, 2025
           New York, New York

                                     EDGARDO RAMOS, U.S.D.J.